JAMES B. DUKE, respondent,

*v.*

LILLIAN N. DUKE, appellant.

[Argued November 22d, 1906. Decided November 26th, 1906.]

On appeal from an order of the chancellor, advised by Vice-Chancellor Pitney, whose opinion is reported in *70 N. J. Eq. (4 Robb.) 135.*

*Mr. Chauncey G. Parker,* for the appellant.

*Messrs. Lindabury, Depue & Faulks,* for the respondent.

PER CURIAM.

The order appealed from in this case is affirmed, for the reasons stated in the opinion filed in the court of chancery by Vice-Chancellor Pitney.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, FORT, HENDRICKSON, PITNEY, SWAYZE, REED, TRENCHARD, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL—14.